UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 16 CR 110 |
| v. | ) | |
| | ) | The Honorable Jeffrey T. Gilbert |
| | ) | |
| JAMES HOEHN | ) | |
| | ) | |
| | ) | |

**AGREED MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE**

The UNITED STATES OF AMERICA, by its attorney, ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, respectfully moves this Court for a dismissal, without prejudice, of the complaint against defendant JAMES HOEHN.

In further support, the government states as follows:

1. The government charged HOEHN, by criminal complaint, with being a felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1).

2. Following his arrest, HOEHN was subsequently released on a $20,000 unsecured bond co-signed by his grandmother, who the court appointed as a third party custodian.

3. The government has determined not to proceed with charges by indictment at this time and respectfully moves that this Court dismiss the complaint against HOEHN without prejudice.

4.  Attorney Robert Loeb, HOEHN's attorney, has represented that he is in agreement with the instant motion.

WHEREFORE, the government respectfully moves that this Court grant the motion and dismiss the complaint against HOEHN without prejudice.

Date: May 16, 2016

                                        Respectfully submitted,

                                        ZACHARY T. FARDON
                                        United States Attorney

By:                              /s/ *Timothy J. Storino*
                                        TIMOTHY J. STORINO
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        219 South Dearborn Street
                                        Chicago, Illinois 60604
                                        (312) 353-5347


                                        /s/ *William C. Dunne*
                                        WILLIAM C. DUNNE
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        219 South Dearborn Street, Fifth Floor
                                        Chicago, Illinois 60604
                                        (312) 353-5300